UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:08-cr-69-T-30TBM

MARTIN DAVID HODWALKER-MARTINEZ

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 76), pursuant to the provisions of 21 U.S.C. §§ 853(a), 970, and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to defendant Martin David Hodwalker-Martinez's right, title, and interest in the following property:

1. **INDIVIDUALLY HELD U.S. ASSETS FROZEN BY OFAC**

    a. Wachovia Bank account number # 1010162743553, in the amount of $6,907.54, held in the name of Martin David Hodwalker Martinez; and

    b. Wachovia Bank account number # 3000019002957, in the amount of $760.49, held in the name of Martin David Hodwalker Martinez.

2. **FOREIGN COMPANIES OR BUSINESSES**

    a. Desarrolla Gemma Corporation, a Panamanian corporation, RUC # 25544701403775;

    b. Martin Hodwalker M & CIA. S. En C, a Colombian company, NIT # 802007314-9;

    c. Veranillo Dive Center Ltda., a Colombian company, NIT # 802008393-5;

    d. Yamaha Veranillo Distribuidores, a Colombian company; and

    e.  Yamaha Mundial Limitada, a Colombian company, NIT # 900016791-2.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite *nexus* between the offenses charged in Count One of the Indictment and the assets identified above; all of the assets constitute proceeds obtained as a result of the conspiracy to import cocaine into the United States. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 76) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. §§ 853(a), 970, and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Martin David Hodwalker-Martinez in the property referenced above, is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-69.forfeit 76.wpd