UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 8:08-cr-69-T-30TBM

MARTIN DAVID HODWALKER-MARTINEZ

**FINAL ORDER OF FORFEITURE
FOR WACHOVIA BANK ACCOUNTS**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Order of Forfeiture (Doc. 90), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following property:

**INDIVIDUALLY HELD U.S. ASSETS FROZEN BY OFAC**

a. Wachovia Bank account number # 1010162743553, in the amount of $6,907.54, held in the name of Martin David Hodwalker Martinez; and

b. Wachovia Bank account number # 3000019002957, in the amount of $760.49, held in the name of Martin David Hodwalker Martinez.

Being fully advised in the premises, the Court finds that on December 22, 2010, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Martin Hodwalker-Martinez in the bank accounts referenced above. Doc. 77.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n), and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the

forfeiture, and of its intent to dispose of the property, on the official government website, www.forfeiture.gov, from December 23, 2010 through January 21, 2011. Doc. 81.  The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no persons or entities, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the property.  No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 90) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the property is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the bank accounts is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 15, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2008\08-cr-69.forfeit 90.wpd